JAMES NASH, Respondent, v. MASON & HANGER CO., INC., Appellant.— Action to recover damages for personal injuries sustained by plaintiff when he fell into an opening in a subway while delivering goods to defendant. Judgment for plaintiff unanimously affirmed, with costs. The ruling of the trial court in respect of permanency of injuries was not prejudicial. (Civ. Prac. Act, § 106.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. HIGHLAND GRANGE, INC., and GUARANTY TRUST COMPANY, Respondents, and Others, Defendants.— In proceedings to condemn property for railroad purposes, it appeared that the two parcels, included in one ownership, were separated by the railroad right of way. The additional taking widened the distance between the two parcels so that access between the two is now practically impossible. The commissioners allowed damages based on the value of the property before and after the taking, obviously allowing severance or consequential damages. Final order confirming the report of the commissioners unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

A. J. OEST, INC., Respondent, v. SILBERBLATT & LASKER, INC., Appellant.— Judgment of the official referee in favor of plaintiff in an action for the balance due on a contract and for extra work, labor and materials, and dismissing the counterclaim, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, v. SAMUEL PENSIG, Appellant, and EMMA PENSIG and Others, Defendants.— In a proceeding to determine the value of mortgaged property after a foreclosure sale, to fix the amount of the deficiency judgment, the matter was referred to an official referee to determine the value. His report was confirmed at Special Term and the amount of the deficiency judgment was $1,269.89. Order confirming the report of the official referee and granting the motion to enter a deficiency judgment unanimously affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ANNELLO, Appellant.— Judgment of the County Court of Queens county, convicting the defendant of the crime of attempted grand larceny in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PERROTTI, Appellant.— Judgment of the County Court of Kings county, convicting defendant Perrotti of the crime of abduction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of MARTHA NISONOFF, Respondent, v. BASIL GARZIA, Appellant.— Order of the Children's Court of Westchester county, in a filiation proceeding, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.